IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PATRICIA BRANTLEY, GRACE STRANEY, and GRACE KINARD, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civ. A. No. 2:21-CV-0012-LGW-BWC |
| CITY OF JESUP, GEORGIA; WILLIAM MICHAEL "MIKE" LANE, individually; and MIKE DEAL, individually, | * * * * | |
| Defendants. | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Patricia Brantley, Grace Straney, and Grace Kinard and Defendants City of Jesup, Georgia; William Michael "Mike" Lane, individually; and Mike Deal, individually, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 12th day of October, 2021.

[SIGNATURES ON FOLLOWING PAGE]

/s/ Rachel Berlin Benjamin
Rachel Berlin Benjamin
Georgia Bar No. 707419
rberlin@buckleybeal.com
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
Alessandra T. Palazzolo
Georgia Bar No. 485399
apalazzolo@buckleybeal.com
**BUCKLEY BEAL, LLP**
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

/s/ Andrew Lampros
alampros@hallandlampros.com
Georgia Bar No. 432328
Gordon Van Remmen
gordon@hallandlampros.com
Georgia Bar No. 215512
**HALL & LAMPROS, LLP**
400 Galleria Pkwy SE
Suite 1150
Atlanta, GA 30339
Telephone: (404) 876-8100
Facsimile: (404) 876-3477

/s/ Joseph R. Padgett
Georgia Bar No. 872672
jpadgett@rodenlaw.com
**RODEN LAW**
333 Commercial Drive
Savannah, GA 31406
Telephone: (912) 303-5850
Facsimile: (912) 303-5851

*Counsel for Plaintiffs*

/s/ Emily Rose Hancock
Emily Rose Hancock
Georgia Bar No.115145
ehancock@brbcsw.com
Richard K. Strickland
Georgia Bar No.687830
rstrickland@brbcsw.com
**BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP**
5 Glynn Avenue
P.O. Box 220
Brunswick, GA 31521
(912) 264-8544 / (912) 264-9667

*Counsel for Defendant City of Jesup, Georgia*

/s/ Patricia T. Paul
Patrick T. O'Connor
Georgia Bar No. 548425
pto@olivermaner.com
Patricia T. Paul
Georgia Bar No. 697845
ppaul@olivermaner.com
**OLIVER MANER LLP**
218 W. State Street
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311

*Counsel for Defendant William Michael Lane*

/s/ Scott W. Kelly
Scott W. Kelly
Georgia Bar No. 413115
SKelly@FulcherLaw.com
John E. Price
Georgia Bar No. 142012
JPrice@FulcherLaw.com
**FULCHER HAGLER LLP**
One 10th Street, Suite 700
Post Office Box 1477 (30903-1477)
Augusta, Georgia 30901
(706) 724-0171 / (706) 396-3690
*Counsel for Defendant Mike Deal*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PATRICIA BRANTLEY, GRACE STRANEY, and GRACE KINARD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF JESUP, GEORGIA; WILLIAM MICHAEL "MIKE" LANE, individually; and MIKE DEAL, individually, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  Civ. A. No. 2:21-CV-0012-LGW-BWC <br> * <br> * <br> * <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, which will automatically send email notification of such filing to the following attorneys of record:

Patrick T. O'Connor - pto@olivermaner.com
Patricia T. Paul - ppaul@olivermaner.com
Richard K. Strickland - rstrickland@brbcsw.com
Emily Rose Hancock - ehancock@brbcsw.com
Scott W. Kelly - skelly@fulcherlaw.com
John Edward Price - jprice@fulcherlaw.com

BUCKLEY BEAL, LLP

By:   */s/ Rachel Berlin Benjamin*
Rachel Berlin Benjamin
Georgia Bar No. 707419