# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

PATRICIA BRANTLEY; GRACE       *
STRANEY; and GRACE KINARD,    *
                                  *

     Plaintiffs,            *
                                  *     No. 2:21-cv-012
   v.                    *
                                  *

STATE OF GEORGIA; CITY OF      *
JESUP, GEORGIA; WILLIAM       *
MICHAEL LANE, individually;   *
and MIKE DEAL, individually,   *
                                  *

     Defendants.           *

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 48, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED,** this 13 day of October, 2021.

                                _____

                                HON. LISA GODBEY WOOD, JUDGE
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA